UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 3:15-CR-28 RLM |
| | ) | |
| STEVEN L. IZAK | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 1, 2015 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Steven Izak's plea of guilty, and FINDS the defendant guilty of count 1 of the Indictment, in violation of 18 U.S.C. § 2250(a).

SO ORDERED.

ENTERED:   June 16, 2015

　　　　　　　　　　　　　　　　　　　　   /s/ Robert L. Miller, Jr.   
　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　　United States District Court